UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS PAUL MASLONKA,

    Petitioner,

v.

                              CASE NO. 2:13-CV-14110
                              HONORABLE NANCY G. EDMUNDS

BONITA HOFFNER,

    Respondent.
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for a Writ of Habeas Corpus, and in accordance with the Memorandum Opinion and Order entered on this date.

(1) The Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

(2) A Certificate of Appealability is DENIED.

(3) Petitioner is DENIED leave to appeal *in forma pauperis*.

                                              KINIKIA ESSIX
                                              CLERK OF THE COURT

APPROVED:
                                              BY: L. Bartlett_____
                                                   DEPUTY CLERK
                                                   Dated:  March 14, 2023

s/ Nancy G. Edmunds
NANCY G. EDMUNDS
UNITED STATES DISTRICT JUDGE